UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA; GREAT LAKES REINSURANCE (UK) PLC; ACE AMERICAN INSURANCE COMPANY; XL INSURANCE AMERICA, INC.; IRONSHORE SPECIALTY INSURANCE COMPANY; TALBOT SYNDICATE 1183; TORUS SPECIALTY INSURANCE COMPANY; NAVIGATORS SYNDICATE 1221 (f/k/a MILLENNIUM SYNDICATE 1221); PEMBROKE SYNDICATE 4000; SJC 2003/CATLIN; BRIT INSURANCE, SYNDICATE 2987; CHAUCER MARINE, SYNDICATE 1084; BERKSHIRE HATHAWAY INTERNATIONAL INSURANCE; ARCH INSURANCE COMPANY; AND LANDMARK AMERICAN INSURANCE COMPANY,<br>    Plaintiffs,<br>vs.<br>LION OIL COMPANY,<br>    Defendant. | CIVIL ACTION NO.: 3:13-cv-01054<br><br>Judge Aleta A. Trauger |

## ~~PROPOSED~~ ORDER

The motion of Geoffrey J. Greeves for admission to practice Pro Hac Vice in the above-captioned action, is granted.

Applicant has declared that he is a member in good standing of the bars of Virginia and the District of Columbia; and that his contact information is as follows:

> Geoffrey J. Greeves
> Pillsbury Winthrop Shaw Pittman LLP
> 2300 N Street NW
> Washington, DC 20037
> Tel. (202) 663-8000/ fax (202) 663-8007

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Lion Oil Company, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Middle District of Tennessee at Nashville. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

Dated: Nov. 15, 2013  
Nashville, Tennessee

_____  
Judge. Aleta A. Trauger