| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA; GREAT LAKES REINSURANCE (UK) PLC; ACE AMERICAN INSURANCE COMPANY; XL INSURANCE AMERICA, INC.; IRONSHORE SPECIALTY INSURANCE COMPANY; TALBOT SYNDICATE 1183; TORUS SPECIALTY INSURANCE COMPANY; NAVIGATORS SYNDICATE 1221 (f/k/a MILLENNIUM SYNDICATE 1221); PEMBROKE SYNDICATE 4000; SJC 2003/CATLIN; BRIT INSURANCE, SYNDICATE 2987; CHAUCER MARINE, SYNDICATE 1084; BERKSHIRE HATHAWAY INTERNATIONAL INSURANCE; ARCH INSURANCE COMPANY AND LANDMARK AMERICAN INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>LION OIL COMPANY,<br><br>    Defendant. | Case No. 3:13-cv-1054<br><br>JUDGE TRAUGER<br><br>MAGISTRATE JUDGE KNOWLES |

**STIPULATED MOTION TO CHANGE THE TIME OF**

**DECEMBER 2, 2013 INITIAL CASE MANAGEMENT CONFERENCE**

  The Parties respectfully move the Court to reschedule the Initial Case Management Conference set for December 2, 2013 from 1:30 pm to 3:30 pm. Out of state counsel requests the accommodation to allow avoiding travel on Sunday of Thanksgiving weekend. Alternatively, the Parties request that the Case Management Conference be scheduled for anytime on December 3, 2013.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:     /s/ William A. Webster
    William A. Webster, (Admitted *Pro Hac Vice*)
    WAWebster@rkmc.com
    Amy M. Churan, (Admitted *Pro Hac Vice*)
    AMChuran@rkmc.com
    Glenanne B. Kennedy, (Admitted *Pro Hac Vice*)
    GBKennedy@rkmc.com
    2049 Century Park East, 34th Floor
    Los Angeles, CA 90067-3208
    Telephone: (310) 552-0130
    Facsimile: (310) 229-5800

Attorneys for Plaintiffs, Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pennsylvania; Great Lakes Reinsurance (UK) PLC; ACE American Insurance Company; XL Insurance America, Inc.; Ironshore Specialty Insurance Company; Talbot Syndicate 1183; Torus Specialty Insurance Company; Navigators Syndicate 1221 (f/k/a Millennium Syndicate 1221); Pembroke Syndicate 4000; SJC 2003/Catlin; Brit Insurance, Syndicate 2987; Chaucer Marine, Syndicate 1084; Berkshire Hathaway International Insurance; Arch Insurance Company; and Landmark American Insurance Company;


BRADLEY ARANT BOULT CUMINGS LLP

By:     /s/ Harold Frederick Humbracht, Jr.
    Harold Frederick Humbracht, Jr., (Bar No. 2993)
    rhumbracht@babc.com
    1600 Division Street, Suite 700
    Nashville, TN 37203-0025
    Telephone: (615) 244-2582
    Facsimile: (615) 252-6380

Attorneys for Defendant, Lion Oil Company

# CERTIFICATE OF SERVICE

I, WILLIAM A. WEBSTER, hereby certify that on this 18th day of November 2013, a copy of the foregoing **STIPULATED MOTION TO CHANGE THE TIME OF DECEMBER 2, 2013 INITIAL CASE MANAGEMENT CONFERENCE** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following counsel of record:

**Geoffrey J. Greeves**
**Vernon C. Thompson, Jr.**
**Vincent E. Morgan**
**Peter M. Gillon**
Pillsbury, Winthrop, Shaw & Pittman, LLP
2300 N Street, NW
Washington, DC 20037-1122
E-mail: geoffrey.greeves@pillsburylaw.com
vernon.thompson@pillsburylaw.com
vince.morgan@pillsburylaw.com
peter.gillon@pillsburylaw.com

**Harold Frederick Humbracht, Jr.**
Bradley Arant Boult Cummings LLP (Nashville)
1600 Division Street, Suite 700
Nashville, TN 37203-0025
E-mail: rhumbracht@babc.com


Dated: November 18, 2013           /s/ William A. Webster
                                   WILLIAM A. WEBSTER