UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LEXINGTON INSURANCE COMPANY, et al.,  )
                                       )
    Plaintiffs,                        )
                                       )   Case No. 3:13-CV-1054
v.                                     )   Judge Aleta A. Trauger
                                       )
LION OIL COMPANY,                      )
                                       )
    Defendant.                         )

## ORDER

For the reasons set forth in the accompanying Memorandum, the court finds as follows:

- The plaintiffs' Request for Judicial Notice (Docket No. 28) is **GRANTED**.

- The plaintiffs' Motion to Enjoin (Docket No. 26) is **DENIED**.

- In the exercise of the court's discretion, this case is hereby **STAYED** in favor of the parallel proceeding in the Western District of Arkansas, *Lion Oil Co. v. Nat'l Union Fire Ins. Co. of Pittsburgh, P.A.*, Civil Action No. 1:13-CV-01071-SOH (W.D. Ark. filed Oct. 8, 2013).

- The defendant's Motion to Transfer (Docket No. 32) is **DENIED AS MOOT**.

It is so **ORDERED**.

Enter this 16th day of January 2014.

                                                       ALETA A. TRAUGER
                                                     United States District Judge

1