IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LION OIL COMPANY, | ) ) |
| Defendant. | ) ) |

Civil No. 3:13-cv-01054
Judge Trauger

### **O R D E R**

Pursuant to the Joint Status Report filed on May 17, 2016 (Docket No. 53), it is hereby ORDERED that the Clerk shall administratively close this case, subject to the parties filing an agreed order of dismissal with or without prejudice within 30 days of the entry of this Order.

It is so **ORDERED.**

Enter this 18th day of May 2016.

_____
ALETA A. TRAUGER
U.S. District Judge